

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC,  Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:   Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

This is an accelerated appeal under section 51.014(a)(4) of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (allowing appeals from an interlocutory order granting or refusing a temporary injunction or granting or overruling a motion to dissolve a temporary injunction). On February 4, 2021, appellants filed an Emergency Motion To Stay And Second Motion To Review Further Orders Pursuant to TRAP 29.6.  We have received and reviewed appellees' response to the motion and appellants' reply to the response.

We grant the emergency motion for stay. We ORDER the following orders that require payment of sanctions and attorneys' fees for violating one of the temporary injunctions are STAYED pending resolution of this appeal:

(1) the trial court's January 27, 2021 Order Granting Plaintiffs' Motion for Sanctions;

(2) the trial court's January 28, 2021 Amended Order Granting Plaintiffs' Motion for Enforcement of Agreed Temporary Injunction and Sanctions; and

(3) the trial court's January 29, 2021 Order Regarding Attorneys' Fees as Sanctions.

Appellants' Second Motion To Review Further Orders Pursuant To TRAP 29.6 is CARRIED WITH THE CASE.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court